UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                                 CHAPTER 13

    Chana Sweetbaum,                             **NOTICE OF APPEARANCE**

                            Debtor.                     Case No.: 19-22699-shl
-----------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that PennyMac Loan Services, LLC, hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       May 12, 2020

                                         Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                         By: S/Karen Sheehan
                                         Karen Sheehan, Esq.
                                         53 Gibson Street
                                         Bay Shore, New York 11706
                                         (631) 969-3100
                                         Our File No.:01-089770-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE:                                          CASE NO.: 19-22699-shl

Chana Sweetbaum,                                CHAPTER 13

                                  Debtor.                    Judge: Sean H. Lane
----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I, Paul Styslowsky, do certify that on May 12, 2020, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Carl J Nelson, Esq.
Attorney for the debtor
carl@cnelsonlaw.com

Krista M. Preuss, Esq.
Trustee
info@ch13kp.com


                                                            S/ Karen Sheehan
                                                            Karen Sheehan